856 A.2d 625

Linda SCHADE, Andrew Harris, Judith Burns, Mark
Elrich, Kwame Abayomi, Terrence Fitzgerald,
Sharon Beard, and Paul Suh

v.

MARYLAND STATE BOARD OF ELECTIONS, Linda
H. Lamone (as Administrator of Maryland's State
Board of Elections).

Misc. No. 39, Sept. Term, 2003.

Court of Appeals of Maryland.

Aug. 19, 2004.

Argued before BELL, C.J., RAKER, WILNER,
CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

## ORDER

PER CURIAM.

The Court having considered the petition for writ of mandamus, the respondent's motion to stay, the motion to intervene, and the responses filed thereto, it is this 19th day of August, 2004

ORDERED, by the Court of Appeals of Maryland, that the petition be, and it is hereby, DENIED.